165 F.3d 1261w
 132 Ed. Law Rep. 62, 99 Cal. Daily Op. Serv. 611,
98 Daily Journal D.A.R. 735
 Jane DOE, on her own behalf and on behalf of her two
children; Doe 1; Doe 2, Plaintiffs-Appellants,
v.
MADISON SCHOOL DISTRICT NO. 321; Board of Trustees of
District No. 321; Jim Terry, member of Board; Ann Hancock,
member of Board; John Bagley, member of Board; Norman
Erickson, member of Board; Gary J. Summers, member of
Board; T.C. Mattocks, Dr., Defendants-Appellees.
 No. 97-35642.
 United States Court of Appeals,
Ninth Circuit.
 Jan. 22, 1999.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION